**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| Kenneth Gregory McCracken, | ) | No. CV 09-1598-PHX-JAT |
|---|---|---|
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Charles L. Ryan; et al, | ) | |
| Defendants. | ) | |

Pending before the Court is Petitioner's Petition for Writ of Habeas Corpus ("Petition") (Doc. #1). The Magistrate Judge to whom this case was assigned issued a Report and Recommendation ("R&R") (Doc. #11) recommending that the Petition be denied.

Neither party has filed objections to the R&R. Accordingly, the Court hereby accepts the R&R. *See Thomas v. Arn*, 474 U.S. 140, 149 (1985) (finding that district courts are not required to conduct "any review at all . . . *of any issue* that is not the subject of an objection" (emphasis added)); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (*en banc*) ("statute makes it clear that the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)); *see also Schmidt v. Johnstone*, 263 F.Supp.2d 1219, 1226 (D. Ariz. 2003).

Accordingly,

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Report and Recommendation (Doc. #11) is **ACCEPTED**.

1    **IT IS FURTHER ORDERED** that Petitioner's Petition for Writ of Habeas Corpus

2  (Doc. #1) is **DENIED**.

3    **IT IS FURTHER ORDERED** that this action is dismissed with prejudice and the

4  Clerk of the Court shall enter judgment accordingly.

5    **IT IS FINALLY ORDERED** that pursuant to Rule 11 of the Rules Governing

6  Section 2254 Cases, in the event Petitioner files an appeal, the Court denies issuance of a

7  certificate of appealability because jurists of reason would not find the Court's procedural

8  ruling debatable.  *See Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

9    DATED this 7th day of January, 2010.

James A. Teilborg
United States District Judge